# U.S. Bankruptcy Court
## Western District of Washington (Seattle)
## Adversary Proceeding #: 15–01313–CMA

*Assigned to:* Christopher M Alston                    *Date Filed:* 09/03/15
*Lead BK Case:* 15–13118
*Lead BK Title:* Marisol Sanchez
*Lead BK Chapter:* 7
*Demand:*
   *Nature[s] of Suit:*   21   Validity, priority or extent of lien or other interest in property
                       02   Other (e.g. other actions that would have been brought in state court if unrelated to
                            bankruptcy)
                       91   Declaratory judgment

*Plaintiff*
————————————————
**Pedro Enrique Iraheta**                    represented by **Vicente O Barraza**
c/o Barraza Law PLLC                                             Barraza Law PLLC
14245–F Ambaum Blvd SW                                           14245F Ambaum Blvd SW
Burien, WA 98166                                                 Burien, WA 98166
                                                                 206–933–7861
                                                                 Fax : 206–933–7863
                                                                 Email: omar@barrazalaw.com


V.

*Defendant*
————————————————
**Marisol Sanchez**                          represented by **Christina L Henry**
20004 Wallinford Ave N                                           Henry, DeGraaff & McCormick, PS
Shoreline, WA 98133                                              1833 N 105th St, Ste 203
SSN / ITIN: xxx–xx–0627                                          Seattle, WA 98133
                                                                 206–330–0595
                                                                 Email: mainline@hdm–legal.com


*Defendant*
————————————————
**JP Morgan Chase Bank NA**                  represented by **Matthew R Cleverley**
*TERMINATED: 04/04/2016*                                         Fidelity National Law Group
                                                                 Columbia Center
                                                                 701 Fifth Avenue, Suite 2710
                                                                 Seattle, WA 98104
                                                                 206–224–6003
                                                                 Fax : 877–655–5281
                                                                 Email: matthew.cleverley@fnf.com
                                                                 *TERMINATED: 04/04/2016*

                                                                 **Hugh R. McCullough**
                                                                 Davis Wright Tremaine LLP
                                                                 1201 3rd Ave Ste 2200

Seattle, WA 98101−3045
206−757−8189
Email: hughmccullough@dwt.com
*TERMINATED: 04/04/2016*

**Anthony S Wisen**
Davis Wright Tremaine LLP
1201 3rd Ave Ste 2200
Seattle, WA 98101−3045
206−757−8198
Email: anthonywisen@dwt.com
*TERMINATED: 04/04/2016*

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−
**Edmund J Wood,** *Trustee*                represented by **David A Gebben**
                                        Attorney at Law
                                        1700 7th Ave Ste 2100
                                        Seattle, WA 98101
                                        206−357−8456
                                        Email: david.gebben@gmail.com

*Counter−Claimant*
−−−−−−−−−−−−−−−−−−−−−−
**Edmund J Wood,** *Trustee*                represented by **David A Gebben**
                                        (See above for address)

V.

*Counter Defendant*
−−−−−−−−−−−−−−−−−−−−−−
**Pedro Enrique Iraheta**                represented by **Vicente O Barraza**
c/o Barraza Law PLLC                        (See above for address)
14245−F Ambaum Blvd SW
Burien, WA 98166

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 09/03/2015 | | 1 | Adversary case 15−01313. Complaint by Pedro Enrique Iraheta (attorney Vicente O Barraza) against Marisol Sanchez, Edmund J Wood, JPMorgan Chase Bank N.A.. (Attachments: # 1 Exhibit # 2 Exhibit) Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)), (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))), (91 (Declaratory judgment)) (Barraza, Vicente) (Entered: 09/03/2015 at 16:29:33) |
| 09/03/2015 | | | Receipt of filing fee for Complaint(15−01313−CMA) [cmp,cmp] ( 350.00). Receipt number 21340562. Fee amount $ 350.00. (U.S. Treasury) (Entered: 09/03/2015 at 16:30:30) |
| 09/04/2015 | | 2 | Summons and Notice of Pretrial Conference (Summons issued electronically via the Court's ECF System to Plaintiff's attorney) to be served on JP Morgan Chase Bank NA Answer Due 10/5/2015; Marisol Sanchez Answer Due 10/5/2015; Edmund J Wood Answer Due 10/5/2015 . Pretrial scheduled for 10/23/2015 at 09:00 AM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. (EA) (Entered: 09/04/2015 at |

| | | | |
|---|---|---|---|
| | | | 15:40:15) |
| 09/08/2015 | | 3 | Proof of Service . Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)1 Complaint). (Barraza, Vicente) (Entered: 09/08/2015 at 19:00:35) |
| 09/25/2015 | | 4 | Notice of Appearance . Filed by Hugh R. McCullough on behalf of JP Morgan Chase Bank NA. (McCullough, Hugh) (Entered: 09/25/2015 at 11:10:07) |
| 09/25/2015 | | 5 | Statement *Regarding Corporate Disclosure*. Proof of Service. Filed by Hugh R. McCullough on behalf of JP Morgan Chase Bank NA. (McCullough, Hugh) (Entered: 09/25/2015 at 11:29:22) |
| 09/25/2015 | | 6 | Notice of Appearance . Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Wisen, Anthony) (Entered: 09/25/2015 at 11:32:25) |
| 09/28/2015 | | 7 | Mediation Certification Filed by Barraza, Vicente (Entered: 09/28/2015 at 15:28:47) |
| 09/30/2015 | | 8 | Trustee's Answer to Complaint *To Reform Deed of Trust And Quit Claim Deed, And*, Trustee's Counterclaim by Edmund J Wood against Pedro Enrique Iraheta *To Avoid An Alleged Interest In Real Property*.. Filed by David A Gebben on behalf of Edmund J Wood. (Gebben, David) (Entered: 09/30/2015 at 15:40:24) |
| 10/01/2015 | | 9 | Mediation Certification Filed by Gebben, David (Entered: 10/01/2015 at 14:32:48) |
| 10/23/2015 | | 10 | Notice Regarding Final Adjudication and Consent . Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 10/23/2015 at 11:21:03) |
| 10/23/2015 | | | Minutes. Hearing Held. Appearances: David Gebben, Vincente Barraza, Hugh McCullough, Scheduling order setting trial date to be issued in chambers. (related document(s): 2 Summons and Pretrial Conference (Seattle)) Trial is scheduled for 05/24/2016 at 09:30 AM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. (MJB ) (Entered: 11/06/2015 at 09:46:45) |
| 10/26/2015 | | 11 | Answer to Counterclaim (Related document(s)8 Answer to Complaint, Counterclaim). Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 10/26/2015 at 13:09:26) |
| 10/26/2015 | | 12 | Proof of Service . Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)11 Answer to Counterclaim). (Barraza, Vicente) (Entered: 10/26/2015 at 13:12:17) |
| 10/28/2015 | | 13 | Mediation Certification Filed by Wisen, Anthony (Entered: 10/28/2015 at 14:28:41) |
| 10/29/2015 | | 14 | Stipulation by and between *Plaintiff and JPMorgan Chase Bank, N.A.*. Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Related document(s)1 Complaint). (Wisen, Anthony) (Entered: 10/29/2015 at 12:00:45) |
| 10/29/2015 | | 15 | |

| | | | |
|---|---|---|---|
| | | | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Wisen, Anthony. Related document 14 (Entered: 10/29/2015 at 12:23:03) |
| 10/30/2015 | | 16 | Stipulation for ORDER Extending Time for JP Morgan Chase Bank NA to Answer Plaintiff's Complaint (Extended to December 4, 2015) (Related document(s)14 Stipulation). (SYL) (Entered: 10/30/2015 at 15:11:55) |
| 11/18/2015 | | 17 | Trustee's Report RE: *Consent To Final Adjudication..* Filed by David A Gebben on behalf of Edmund J Wood. (Gebben, David) (Entered: 11/18/2015 at 13:43:56) |
| 11/23/2015 | | 18 | Notice of Trial and ORDER Setting Deadlines . (SYL) (Entered: 11/23/2015 at 12:07:34) |
| 11/23/2015 | | 19 | Withdrawal and Substitution of Attorney. Involvement of Hugh R. McCullough and Anthony S Wisen Terminated.. Filed by Matthew R Cleverley on behalf of JP Morgan Chase Bank NA. (Cleverley, Matthew) (Entered: 11/23/2015 at 16:29:00) |
| 11/23/2015 | | 20 | Answer to Complaint *to Reform Deed of Trust and Quit Claim Deed and for Declaratory Judgment*. Filed by Matthew R Cleverley on behalf of JP Morgan Chase Bank NA. (Cleverley, Matthew) (Entered: 11/23/2015 at 16:45:23) |
| 11/23/2015 | | 21 | Motion *for Judgment on the Pleadings* with Notice of Hearing. Filed by Matthew R Cleverley on behalf of JP Morgan Chase Bank NA The Hearing date is set for 1/14/2016 at 01:30 PM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. Response due by 1/7/2016. (Attachments: # 1 [Proposed] Judgment) (Cleverley, Matthew) (Entered: 11/23/2015 at 17:00:40) |
| 11/23/2015 | | 22 | Defendant's Notice of Hearing *for Thurs., Jan−14, 2016, at 1:30 p.m. (Related document(s)21 Motion for Judgment on the Pleadings).* Filed by Matthew R Cleverley on behalf of JP Morgan Chase Bank NA. (Cleverley, Matthew) (Entered: 11/23/2015 at 17:06:52) |
| 11/25/2015 | | 23 | BNC Certificate of Notice (Related document(s)18 Notice of Trial and Order Setting Deadlines). Notice Date 11/25/2015. (Admin.) (Entered: 11/25/2015 at 21:32:50) |
| 12/09/2015 | | 24 | Amend Complaint. *Defendant not added.* Defendants not added. Amending: *Add causes of action against JPMorgan Chase Bank NA and clarify causes of action against other parties.* (Related document(s)1 Complaint, 8 Answer to Complaint, Counterclaim)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Attachments: # 1 Exhibit Comparison of First and Amended Complaint) (Barraza, Vicente) (Entered: 12/09/2015 at 19:12:26) |
| 12/14/2015 | | 25 | Proof of Service *of Amended Complaint*. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente). Related document(s) 24 Amend Complaint filed by Counter Defendant Pedro Enrique Iraheta, Plaintiff Pedro Enrique Iraheta. Modified on 12/15/2015; added link (Brazil, Victoria). (Entered: 12/14/2015 at 19:29:34) |
| 12/16/2015 | | 26 | Response to *Chase's Motion for Judgment on the Pleadings* (Related document(s)21 Motion). Proof of Service. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 12/16/2015 |

| | | | |
|---|---|---|---|
| | | | at 13:44:41) |
| 12/22/2015 | | 27 | Notice of Appearance *for Defendant Marisol Sanchez* . Filed by Christina L Henry on behalf of Marisol Sanchez. (Henry, Christina) (Entered: 12/22/2015 at 13:11:33) |
| 12/28/2015 | | 28 | Notice of Appearance . Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Wisen, Anthony) (Entered: 12/28/2015 at 08:14:21) |
| 12/28/2015 | | 29 | Notice of Appearance . Filed by Hugh R. McCullough on behalf of JP Morgan Chase Bank NA. (McCullough, Hugh) (Entered: 12/28/2015 at 08:15:42) |
| 12/28/2015 | | 30 | DOCKETED IN ERROR. WRONG EVENT DOCKETED. ATTORNEY CALLED ~~Amend Complaint. *Defendant not added.* Defendants not added. Amending: *Motion to Amend to Add Causes of Action Against JPMorgan Chase Bank, NA.* (Related document(s)1 Complaint). Proof of Service. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Attachments: # 1 Notice of Hearing # 2 Proposed Order # 3 Proof of Service) (Barraza, Vicente)~~ Modified on 12/29/2015 (Luu, Suying). (Entered: 12/28/2015 at 08:26:06) |
| 12/28/2015 | | 31 | Answer to Amended Complaint *to Reform Deed of Trust and Quit Claim Deed and for Declaratory Judgment* (Related document(s)24 Amend Complaint). Proof of Service. Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Wisen, Anthony) (Entered: 12/28/2015 at 08:33:13) |
| 12/29/2015 | | 32 | Motion *Motion for Leave of Court to Amend Complaint* with Notice of Hearing. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta The Hearing date is set for 1/28/2016 at 01:30 PM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. Response due by 1/21/2016. (Attachments: # 1 Notice of Hearing # 2 Proposed Order # 3 Proof of Service) (Barraza, Vicente) (Entered: 12/29/2015 at 11:32:35) |
| 01/08/2016 | | | Notice to Court Agreement Reached, Agreed Order to be Submitted on Date of Hearing: 1/14/2016. Filed by Matthew R Cleverley on behalf of JP Morgan Chase Bank NA. (Related document(s)21 Motion, 22 Hearing Notice). (Cleverley, Matthew) (Entered: 01/08/2016 at 10:09:22) |
| 01/08/2016 | | 33 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Cleverley, Matthew. Related document 21 (Entered: 01/08/2016 at 11:49:07) |
| 01/11/2016 | | 34 | JUDGMENT (Related document(s)21 Motion). (JCF) (Entered: 01/11/2016 at 16:19:01) |
| 01/18/2016 | | 35 | Stipulation by and between *Plaintiff Pedro Iraheta and Defendant Marisol Sanchez*. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Attachments: # 1 Proposed Order) (Barraza, Vicente) (Entered: 01/18/2016 at 21:01:21) |
| 01/18/2016 | | 36 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Barraza, Vicente. Related document 35 (Entered: 01/18/2016 at 22:04:01) |
| 01/20/2016 | | 37 | Submitted But Not Entered (Related document(s)35 Stipulation). (SYL) (Entered: 01/20/2016 at 10:03:11) |

| | | | |
|---|---|---|---|
| 01/22/2016 | | 38 | Declaration of No Objection *Plaintiff Iraheta*. The Filer represents to the Court, under penalty of perjury, that Notice of the Motion linked to this entry was served on 12/28/2015 in accordance with the proof of service filed herein and that no objection to that Motion has been filed in the Office of the Clerk or received by the Filer. (Related document(s)32 Motion)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 01/22/2016 at 12:24:37) |
| 01/22/2016 | | 39 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Barraza, Vicente. Related document 38 (Entered: 01/22/2016 at 13:24:27) |
| 01/25/2016 | | 40 | ORDER Granting Plaintiff's Motion for Leave to Amend Complaint (Related Doc # 32) . (VAB) (Entered: 01/25/2016 at 13:44:05) |
| 02/08/2016 | | 41 | Motion to Withdraw as Attorney Filed by Matthew R Cleverley on behalf of JP Morgan Chase Bank NA (Cleverley, Matthew) (Entered: 02/08/2016 at 15:11:17) |
| 02/18/2016 | | 42 | Motion *Judgment on the Pleadings (FRCP 12(c))* with Notice of Hearing. Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA The Hearing date is set for 3/10/2016 at 01:30 PM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. Response due by 3/3/2016. (Attachments: # 1 Proposed Order) (Wisen, Anthony) (Entered: 02/18/2016 at 12:29:06) |
| 02/18/2016 | | 43 | Notice of Hearing *(Related document(s)42 Motion Judgment on the Pleadings (FRCP 12(c)))*. Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Wisen, Anthony) (Entered: 02/18/2016 at 12:30:30) |
| 02/18/2016 | | 44 | Proof of Service . Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Related document(s)42 Motion, 43 Hearing Notice). (Wisen, Anthony) (Entered: 02/18/2016 at 12:32:55) |
| 02/19/2016 | | 45 | Trustee's Motion for Summary Judgment *on Trustee's Claim To Avoid Plaintiff's Alleged Interest In Real Property* with Notice of Hearing. Filed by David A Gebben on behalf of Edmund J Wood The Hearing date is set for 3/24/2016 at 01:30 PM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. Response due by 3/17/2016. (Attachments: # 1 Proposed Order) (Gebben, David) (Entered: 02/19/2016 at 11:50:44) |
| 02/19/2016 | | 46 | Declaration *of Edmund J. Wood, Trustee In Support Of His Motion For Summary Judgment* (Related document(s)45 Motion for Summary Judgment)... Filed by David A Gebben on behalf of Edmund J Wood. (Attachments: # 1 Exhibit 1 – Quit Claim Deed # 2 Exhibit 2 – Title Report) (Gebben, David) (Entered: 02/19/2016 at 11:54:26) |
| 02/19/2016 | | 47 | Notice of Hearing *on Trustee's Motion For Summary Judgment (Related document(s)45 Trustee's Motion for Summary Judgment on Trustee's Claim To Avoid Plaintiff's Alleged Interest In Real Property)*. Filed by David A Gebben on behalf of Edmund J Wood. (Gebben, David) (Entered: 02/19/2016 at 11:56:19) |
| 02/19/2016 | | 48 | Proof of Service *on Trustee's Motion For Summary Judgment*. Filed by David A Gebben on behalf of Edmund J Wood. (Related document(s)45 Motion for Summary Judgment). (Gebben, David) (Entered: 02/19/2016 at 11:57:51) |

| | | | |
|---|---|---|---|
| 02/19/2016 | | 49 | Motion *Motion for Order Approving Stipulation of Pedro Iraheta and Marisol Sanchez* with Notice of Hearing. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta The Hearing date is set for 3/24/2016 at 01:30 PM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. Response due by 3/17/2016. (Attachments: # 1 Exhibit Stipulation # 2 Proposed Order # 3 Proof of Service) (Barraza, Vicente) (Entered: 02/19/2016 at 14:16:42) |
| 02/19/2016 | | 50 | Notice of Hearing *(Related document(s)49 Motion Motion for Order Approving Stipulation of Pedro Iraheta and Marisol Sanchez)*. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 02/19/2016 at 14:17:12) |
| 02/21/2016 | | 51 | Motion for Summary Judgment with Notice of Hearing. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta The Hearing date is set for 3/24/2016 at 01:30 PM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. Response due by 3/17/2016. (Attachments: # 1 Exhibit Exhibits A – I # 2 Exhibit Exhibits J – End # 3 Proposed Order) (Barraza, Vicente) (Entered: 02/21/2016 at 23:26:51) |
| 02/21/2016 | | 52 | Notice of Hearing *(Related document(s)51 Motion for Summary Judgment )*. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 02/21/2016 at 23:27:31) |
| 02/21/2016 | | 53 | Declaration *of Pedro E. Iraheta* (Related document(s)51 Motion for Summary Judgment)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 02/21/2016 at 23:28:25) |
| 02/22/2016 | | 54 | Amended Motion for Summary Judgment with Notice of Hearing. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta The Hearing date is set for 3/24/2016 at 01:30 PM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. Response due by 3/17/2016. (Attachments: # 1 Proposed Order) (Barraza, Vicente) (Entered: 02/22/2016 at 19:21:22) |
| 02/22/2016 | | 55 | Notice of Hearing *on Amended Motion for Summary Judgment (Related document(s)51 Motion for Summary Judgment , 54 Amended Motion for Summary Judgment )*. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 02/22/2016 at 19:22:15) |
| 02/22/2016 | | 56 | Amended Declaration *on Amended Motion for Summary Judgment* (Related document(s)51 Motion for Summary Judgment, 54 Motion for Summary Judgment)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Attachments: # 1 Exhibit A – J # 2 Exhibit J – O) (Barraza, Vicente) (Entered: 02/22/2016 at 19:23:43) |
| 02/23/2016 | | 57 | Supplemental Declaration *of Pedro E. Iraheta With Signature* (Related document(s)51 Motion for Summary Judgment, 54 Motion for Summary Judgment)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 02/23/2016 at 09:40:56) |
| 02/23/2016 | | 58 | Proof of Service . Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)51 Motion for Summary Judgment, 54 Motion for Summary Judgment). (Barraza, Vicente) (Entered: 02/23/2016 at 09:42:43) |
| 03/03/2016 | | 59 | Response to (Related document(s)42 Motion). Proof of Service. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 03/03/2016 at 16:30:27) |

| | | | |
|---|---|---|---|
| 03/04/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/10/2016. Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Related document(s)42 Motion, 43 Hearing Notice). (Wisen, Anthony) (Entered: 03/04/2016 at 07:36:02) |
| 03/04/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/10/2016. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)42 Motion, 59 Response, Notice to Court of Intent to Argue). (Barraza, Vicente) (Entered: 03/04/2016 at 15:36:57) |
| 03/07/2016 | | 60 | Reply *in Support of JPMorgan Chase Bank N.A.'s Motion for Judgment on the Pleadings (FRCP 12(c))* (Related document(s)42 Motion, 59 Response)... Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Wisen, Anthony) (Entered: 03/07/2016 at 15:21:21) |
| 03/07/2016 | | 61 | Proof of Service . Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Related document(s)60 Reply). (Wisen, Anthony) (Entered: 03/07/2016 at 15:24:56) |
| 03/09/2016 | | | Notice to Court Requesting Continuance of Hearing on Motion – from: Date of Hearing: 3/10/2016 at 1:30 pm. to: 3/24/2016 at 1:30 pm. Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Related document(s)42 Motion). (Wisen, Anthony) (Entered: 03/09/2016 at 08:58:23) |
| 03/10/2016 | | | Minutes. Hearing Not Held. Matter continued. (related document(s): 42 Motion filed by JP Morgan Chase Bank NA) Continued Hearing scheduled for 03/24/2016 at 01:30 PM at Judge Alston's Courtroom, U.S. Courthouse, Room 7206. (MJB ) (Entered: 03/10/2016 at 09:50:42) |
| 03/10/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/24/2016. Filed by Anthony S Wisen on behalf of JP Morgan Chase Bank NA. (Related document(s)42 Motion, 59 Response, Minutes Hearing Held). (Wisen, Anthony) (Entered: 03/10/2016 at 11:53:34) |
| 03/10/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/24/2016. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)42 Motion, 59 Response, 60 Reply, Notice to Court of Motion to be Continued, Notice to Court of Intent to Argue). (Barraza, Vicente) (Entered: 03/10/2016 at 17:05:43) |
| 03/17/2016 | | 62 | Trustee's Response to *Pedro Iraheta's Motion For Partial Summary Judgment* (Related document(s)54 Motion for Summary Judgment)... Filed by David A Gebben on behalf of Edmund J Wood. (Gebben, David) (Entered: 03/17/2016 at 10:56:01) |
| 03/17/2016 | | 63 | Trustee's Response to *Mr. Iraheta's Motion For An Order Approving A Stipulation* (Related document(s)49 Motion)... Filed by David A Gebben on behalf of Edmund J Wood. (Gebben, David) (Entered: 03/17/2016 at 10:59:19) |
| 03/17/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/24/2016. Filed by David A Gebben on behalf of Edmund J Wood. (Related document(s)54 Motion for Summary Judgment). (Gebben, David) (Entered: 03/17/2016 at 11:01:09) |
| 03/17/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/24/2016. Filed by David A Gebben on behalf of Edmund J Wood. (Related document(s)49 |

| | | | |
|---|---|---|---|
| | | | Motion). (Gebben, David) (Entered: 03/17/2016 at 11:02:52) |
| 03/17/2016 | | 64 | Response to *Trustee's Motion for Summary Judgment* (Related document(s)45 Motion for Summary Judgment)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 03/17/2016 at 15:43:13) |
| 03/17/2016 | | 65 | Declaration *of Marisol Sanchez in Opposition to Trustee's Motion for Summary Judgment* (Related document(s)45 Motion for Summary Judgment)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 03/17/2016 at 15:44:23) |
| 03/17/2016 | | 66 | Declaration *of Pedro Iraheta in Opposition to Trustee's Motion for Summary Judgment* (Related document(s)45 Motion for Summary Judgment)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 03/17/2016 at 15:45:26) |
| 03/17/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/24/2016. Filed by David A Gebben on behalf of Edmund J Wood. (Related document(s)45 Motion for Summary Judgment). (Gebben, David) (Entered: 03/17/2016 at 16:39:02) |
| 03/17/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/24/2016. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)42 Motion, 45 Motion for Summary Judgment, 49 Motion, 54 Motion for Summary Judgment, 60 Reply, 63 Response, 64 Response, Notice to Court of Intent to Argue). (Barraza, Vicente) (Entered: 03/17/2016 at 17:03:43) |
| 03/21/2016 | | 67 | Trustee's Reply *To Pedro Iraheta's Response To Trustee's Motion For Summary Judgment* (Related document(s)45 Motion for Summary Judgment)... Filed by David A Gebben on behalf of Edmund J Wood. (Gebben, David) (Entered: 03/21/2016 at 12:10:30) |
| 03/21/2016 | | 68 | Reply (Related document(s)51 Motion for Summary Judgment, 54 Motion for Summary Judgment)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 03/21/2016 at 21:24:42) |
| 03/21/2016 | | 69 | Declaration *of Pedro Iraheta* (Related document(s)51 Motion for Summary Judgment, 54 Motion for Summary Judgment)... Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente) (Entered: 03/21/2016 at 21:25:32) |
| 03/22/2016 | | | Notice to Court of Intent to Argue. Date of Hearing: 3/24/2016. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)49 Motion). (Barraza, Vicente) (Entered: 03/22/2016 at 09:23:56) |
| 03/28/2016 | | 70 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Gebben, David. Related document 45 (Entered: 03/28/2016 at 11:23:04) |
| 03/28/2016 | | 71 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Wisen, Anthony. Related document 42 (Entered: 03/28/2016 at 14:31:24) |
| 03/29/2016 | | 72 | Submitted But Not Entered (Related document(s)42 Motion). (SYL) (Entered: 03/29/2016 at 10:19:59) |

| | | | |
|---|---|---|---|
| 03/31/2016 | | 73 | Order of Summary JUDGMENT in Favor of the Trustee, as Cross–Claimant and Against Plaintiff. (Related document(s)45 Motion for Summary Judgment, 49 Motion, 51 Motion for Summary Judgment, 54 Motion for Summary Judgment). Case Can Close: 4/21/2016. (SLA) (Entered: 03/31/2016 at 08:39:41) |
| 04/01/2016 | | 74 | Received UNSIGNED Order Forwarded to Chambers for Judge's Signature. Filed by Wisen, Anthony. Related document 42 (Entered: 04/01/2016 at 08:53:02) |
| 04/04/2016 | | 75 | ORDER Dismissing Claims Against JPMorgan Chase Bank NA (Related Doc # 42) . (VAB) (Entered: 04/04/2016 at 09:39:31) |
| 04/08/2016 | | 76 | Notice of Appeal and Statement of Election to District Court. Re: BK Internal Appeal No: 16–S005, Bankruptcy Case #15–13118, USDC Appeal #2:16–cv–515 Fee Due $ 298 (Related document(s)73 Judgment, 75 Order Re Motion to). Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. Record Transmission due by 05/6/2016, (Barraza, Vicente) Modified on 4/11/2016 (Fortmann, Janet). (Entered: 04/08/2016 at 12:09:36) |
| 04/08/2016 | | | Receipt of filing fee for Notice of Appeal and Statement of Election(15–01313–CMA) [appeal,ntcaplel] ( 298.00). Receipt number 22149729. Fee amount $ 298.00. (U.S. Treasury) (Entered: 04/08/2016 at 12:11:01) |
| 04/08/2016 | | | Audio CD Request. Hearing Date and Time: 03/24/16 at 1:30. Other Info: Please mail CD to Ahearn & Associates, Inc. (Maple Valley address).. Requested by: Vicente Omar Barraza, representing Pedro Iraheta. Expected Filing Date of Transcript No later than 5/9/16. . Request for Production of Transcript on Appeal due by 05/9/2016, (Transcriber – Wheeler, Shari) (Entered: 04/08/2016 at 12:32:38) |
| 04/08/2016 | | 77 | Amendment to *Appeal*. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Barraza, Vicente). Related document(s) 76 Notice of Appeal and Statement of Election filed by Counter Defendant Pedro Enrique Iraheta, Plaintiff Pedro Enrique Iraheta. Modified on 4/8/2016 to link to appeal (Fortmann, Janet). (Entered: 04/08/2016 at 12:52:04) |
| 04/08/2016 | | 78 | Notice of Appeal and Statement of Election to District Court. Re: BK Internal Appeal No: 15–13118. Fee Due $ 298 (Related document(s)75 Order Re Motion to). Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. Record Transmission due by 05/6/2016, (Barraza, Vicente) (Entered: 04/08/2016 at 12:55:32) |
| 04/08/2016 | | | Receipt of filing fee for Notice of Appeal and Statement of Election(15–01313–CMA) [appeal,ntcaplel] ( 298.00). Receipt number 22149974. Fee amount $ 298.00. (U.S. Treasury) (Entered: 04/08/2016 at 12:56:33) |
| 04/11/2016 | | 79 | Proof of Service *Amended Appeal*. Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)77 Amendment). (Barraza, Vicente) (Entered: 04/11/2016 at 08:38:41) |
| 04/11/2016 | | 80 | Proof of Service . Filed by Vicente O Barraza on behalf of Pedro Enrique Iraheta. (Related document(s)78 Notice of Appeal and Statement of Election). (Barraza, Vicente) (Entered: 04/11/2016 at 08:39:19) |

Below is the Order of the Court.

_____
Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

THE HONORABLE CHRISTOPHER M. ALSTON

David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph.  (206) 357-8456
Fax (206) 357-8401

Chapter 7
Hearing Location:        700 Stewart Street, Room 7206
                         Seattle, WA 98101
HEARING DATE/TIME: MARCH 24, 2016, 1:30 P.M.
Response Date:           March 17, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MARISOL SANCHEZ,<br><br>                Debtor. | NO.    15-13118-CMA |
| PEDRO ENRIQUE IRAHETA,<br><br>              Plaintiff,<br><br>   v.<br><br>MARISOL SANCHEZ, JP MORGAN CHASE BANK, N.A., EDMUND J. WOOD, TRUSTEE OF THE BANKRUPTCY ESTATE OF MARISOL SANCHEZ,<br><br>              Defendants. | ADV. NO.    15-01313-CMA<br><br>ORDER OF SUMMARY JUDGMENT IN FAVOR OF THE TRUSTEE, AS CROSS-CLAIMANT, AND AGAINST PLAINTIFF |

THIS MATTER having come on before this Court for hearing, on 3-24-16 at 1:30 p.m., upon

*Trustee's Motion For Summary Judgment On Trustee's Claim To Avoid Plaintiff's Alleged Interest In*

*Real Property* dated 2-17-16 (Docket No. 45), as filed by EDMUND J. WOOD, TRUSTEE ("trustee"), a

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                                    -1-

DAVID A. GEBBEN,
ATTORNEY AT LAW
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

11

cross-claimant in this adversary case, and upon *Pedro Iraheta's Amended Motion For Partial Summary Judgment Against Defendant Trustee Edmund J. Wood* dated 2-21-16 (Docket No. 54), as filed by PEDRO ENRIQUE IRAHETA ("plaintiff"), the plaintiff in this adversary case, and this Court having reviewed all of the records and files herein relevant to those motions, and this Court having heard the statements and arguments of all parties in appearance before this Court at the time of the hearing on those motions, and this Court having determined that there are no genuine issues of material fact present in this matter, and this Court having issued an oral ruling on those two motions, and other related claim(s), at the conclusion of the hearing that was held on those two motions, on 3-24-16 at 1:30 p.m., and good cause appearing to this Court for entry of the following order in this matter, now therefore it is

ORDERED that this Court's findings and conclusions in this matter, as stated in the record at the time of this Court's oral ruling in this matter, as issued on 3-24-16 at 1:30 p.m., are hereby incorporated into the terms of this Order by reference;

AND IT IS FURTHER ORDERED that *Trustee's Motion For Summary Judgment On Trustee's Claim To Avoid Plaintiff's Alleged Interest In Real Property* dated 2-17-16 (Docket No. 45) is hereby GRANTED by this Court;

AND IT IS FURTHER ORDERED and determined by this Court that the trustee, as a hypothetical bona fide purchaser of the debtor's interest in the real property located at: 20004 Wallingford Ave. N., Shoreline, WA 98133, a/k/a King County Tax Account No. 107810-0020-09 ("the Shoreline property"), at the time of the commencement of the debtor's Chapter 7 case, pursuant to 11 U.S.C. §544(a)(3), may avoid any interest that the plaintiff herein, PEDRO ENRIQUE IRAHETA ("Mr. Iraheta"), may have held in the Shoreline property at the time of the debtor's Chapter 7 filing, as a matter of law, and the Shoreline property is hereby determined by this Court to be an asset of the bankruptcy estate in the above-captioned Chapter 7 case;

AND IT IS FURTHER ORDERED that *Pedro Iraheta's Amended Motion For Partial Summary Judgment Against Defendant Trustee Edmund J. Wood* dated 2-21-16 (Docket No. 54) is hereby DENIED by this Court, and plaintiff's claim for reformation of the *Quit Claim Deed* which was recorded in King

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                    -2-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

12

**Below is the Order of the Court.**

County on 9-21-09, under recording number 20090921000548, seeking to add the plaintiff as an owner of the Shoreline property, is hereby DENIED by this Court, and plaintiff's claim for a declaratory judgment determining that plaintiff is a co-owner of the real property located at: 20004 Wallingford Ave. N., Shoreline, WA 98133 is also hereby DENIED by this Court.

/// End of Order ///

Presented by:
David A. Gebben, Attorney At Law

___/S/ David A. Gebben_____
By: David A. Gebben, WSBA #16290
Attorney for trustee

Notice of Presentation Waived by:
Barraza Law, PLLC

_/S/ Vicente Omar Barraza, per email authorization _
By: Vicente Omar Barraza, WSBA #43589
Attorney for plaintiff

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                    -3-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

Barraza Law, PLLC
14245-F Ambaum Blvd SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MARISOL SANCHEZ,<br><br>              Debtor. | NO. 15-13118-TWD<br><br>ADVERSARY NO: 15-01313-CMA |
| PEDRO ENRIQUE IRAHETA,<br><br>              Plaintiff,<br>    v.<br><br>MARISOL SANCHEZ; JP MORGAN CHASE BANK, N.A.; AND EDMUND J. WOOD, TRUSTEE OF THE BANKRUPTCY ESTATE OF MARISOL SANCHEZ,<br><br>              Defendants. | **NOTICE OF APPEAL AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):    PEDRO ENRIQUE IRAHETA

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☒ Plaintiff
☐ Defendant
☐ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding

☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe)

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 1

**Barraza Law, PLLC**
14245-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

14

Case 15-01313-CMA  Doc 83  Filed 04/08/16  Ent. 04/08/16 12:03:06  Pg. 14 of 27
Case 15-01313-CMA  Doc 76  Filed 04/06/16  Ent. 04/06/16 13:20:56  Pg. 14 of 27

**Part 2: Identify the subject of this appeal**

    1.     Describe the judgment, order, or decree appealed from:

    2.     State the date on which the judgment, order, or decree was entered:

| Judgment, Order or Decree | Docket # | Date Entered |
|---|---|---|
| Order of Summary Judgment in Favor of the Trustee | Docket # 73 | March 24, 2016 |
| Order Dismissing Claims Against JPMorgan Chase | Docket # 75 | March 24, 2016 |

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

<u>Pedro Enrique Iraheta, Plaintiff and Counter Defendant</u>

Attorney:  Vicente O Barraza
Barraza Law PLLC
14245F Ambaum Blvd SW
Burien, WA 98166
206-933-7861
Fax : 206-933-7863
Email: omar@barrazalaw.com

<u>Marisol Sanchez, Defendant</u>

Attorney:  Christina L Henry
Henry, DeGraaff & McCormick, PS
1833 N 105th St, Ste 203
Seattle, WA 98133
206-330-0595
Email: mainline@hdm-legal.com

<u>JP Morgan Chase Bank NA, Defendant</u>

Attorney:  Hugh R. McCullough
Davis Wright Tremaine LLP
1201 3rd Ave Ste 2200
Seattle, WA 98101-3045
206-757-8189
Email: hughmccullough@dwt.com

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 2

**Barraza Law, PLLC**
14245-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

15

Anthony S Wisen
Davis Wright Tremaine LLP
1201 3rd Ave Ste 2200
Seattle, WA 98101-3045
206-757-8198
Email: anthonywisen@dwt.com

Edmund J Wood, Trustee, Defendant and Cross-Plaintiff

Attorney:  David A Gebben
Attorney at Law
1700 7th Ave Ste 2100
Seattle, WA 98101
206-357-8456
Email: david.gebben@gmail.com

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

DATED this April 8, 2016.

BARRAZA LAW, PLLC

By: */s/ Vicente Omar Barraza*
Vicente Omar Barraza, WSBA # 43589
Attorney for Pedro E. Iraheta
14245F Ambaum Blvd SW
Burien, WA 98166
206-933-7861
Fax : 206-933-7863
Email: omar@barrazalaw.com

NOTICE OF APPEAL AND STATEMENT OF ELECTION - 3

**Barraza Law, PLLC**
14245-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

16

Case 15-01313-CMA   Doc 83   Filed 04/08/16   Ent. 04/08/16 13:20:06   Pg. 16 of 27
Case 15-01313-CMA   Doc 76   Filed 04/08/16   Ent. 04/08/16 13:20:06   Pg. 9 of 27

Below is the Order of the Court.

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

THE HONORABLE CHRISTOPHER M. ALSTON

David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401

Chapter 7
Hearing Location:      700 Stewart Street, Room 7206
                       Seattle, WA 98101
HEARING DATE/TIME: MARCH 24, 2016, 1:30 P.M.
Response Date:          March 17, 2016

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MARISOL SANCHEZ,<br><br>                        Debtor. | NO.    15-13118-CMA |
| PEDRO ENRIQUE IRAHETA,<br><br>                     Plaintiff,<br><br>    v.<br><br>MARISOL SANCHEZ, JP MORGAN CHASE BANK, N.A., EDMUND J. WOOD, TRUSTEE OF THE BANKRUPTCY ESTATE OF MARISOL SANCHEZ,<br><br>                  Defendants. | ADV. NO.    15-01313-CMA<br><br>ORDER OF SUMMARY JUDGMENT IN FAVOR OF THE TRUSTEE, AS CROSS-CLAIMANT, AND AGAINST PLAINTIFF |

THIS MATTER having come on before this Court for hearing, on 3-24-16 at 1:30 p.m., upon

*Trustee's Motion For Summary Judgment On Trustee's Claim To Avoid Plaintiff's Alleged Interest In*

*Real Property* dated 2-17-16 (Docket No. 45), as filed by EDMUND J. WOOD, TRUSTEE ("trustee"), a

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                                    -1-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

cross-claimant in this adversary case, and upon *Pedro Iraheta's Amended Motion For Partial Summary Judgment Against Defendant Trustee Edmund J. Wood* dated 2-21-16 (Docket No. 54), as filed by PEDRO ENRIQUE IRAHETA ("plaintiff"), the plaintiff in this adversary case, and this Court having reviewed all of the records and files herein relevant to those motions, and this Court having heard the statements and arguments of all parties in appearance before this Court at the time of the hearing on those motions, and this Court having determined that there are no genuine issues of material fact present in this matter, and this Court having issued an oral ruling on those two motions, and other related claim(s), at the conclusion of the hearing that was held on those two motions, on 3-24-16 at 1:30 p.m., and good cause appearing to this Court for entry of the following order in this matter, now therefore it is

ORDERED that this Court's findings and conclusions in this matter, as stated in the record at the time of this Court's oral ruling in this matter, as issued on 3-24-16 at 1:30 p.m., are hereby incorporated into the terms of this Order by reference;

AND IT IS FURTHER ORDERED that *Trustee's Motion For Summary Judgment On Trustee's Claim To Avoid Plaintiff's Alleged Interest In Real Property* dated 2-17-16 (Docket No. 45) is hereby GRANTED by this Court;

AND IT IS FURTHER ORDERED and determined by this Court that the trustee, as a hypothetical bona fide purchaser of the debtor's interest in the real property located at: 20004 Wallingford Ave. N., Shoreline, WA 98133, a/k/a King County Tax Account No. 107810-0020-09 ("the Shoreline property"), at the time of the commencement of the debtor's Chapter 7 case, pursuant to 11 U.S.C. §544(a)(3), may avoid any interest that the plaintiff herein, PEDRO ENRIQUE IRAHETA ("Mr. Iraheta"), may have held in the Shoreline property at the time of the debtor's Chapter 7 filing, as a matter of law, and the Shoreline property is hereby determined by this Court to be an asset of the bankruptcy estate in the above-captioned Chapter 7 case;

AND IT IS FURTHER ORDERED that *Pedro Iraheta's Amended Motion For Partial Summary Judgment Against Defendant Trustee Edmund J. Wood* dated 2-21-16 (Docket No. 54) is hereby DENIED by this Court, and plaintiff's claim for reformation of the *Quit Claim Deed* which was recorded in King

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                                            -2-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

18

County on 9-21-09, under recording number 20090921000548, seeking to add the plaintiff as an owner of the Shoreline property, is hereby DENIED by this Court, and plaintiff's claim for a declaratory judgment determining that plaintiff is a co-owner of the real property located at: 20004 Wallingford Ave. N., Shoreline, WA 98133 is also hereby DENIED by this Court.

/// End of Order ///

Presented by:
David A. Gebben, Attorney At Law

___/S/ David A. Gebben_____
By: David A. Gebben, WSBA #16290
Attorney for trustee

Notice of Presentation Waived by:
Barraza Law, PLLC

_/S/ Vicente Omar Barraza, per email authorization _
By: Vicente Omar Barraza, WSBA #43589
Attorney for plaintiff

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                          -3-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

19

**Below is the Order of the Court.**

_____

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

MARISOL SANCHEZ,

          Debtor.

Case No. 15-13118-CMA

PEDRO ENRIQUE IRAHETA,

          Plaintiff,

      v.

MARISOL SANCHEZ, _et al.,_

          Defendants.

Adv. No. 15-01313-CMA

ORDER
DISMISSING CLAIMS AGAINST
JPMORGAN CHASE BANK, N.A.

      This matter came before the Court on JPMorgan Chase Bank, N.A.'s Motion for

Judgment on the Pleadings. The Court has considered the motion, the pleadings and papers

submitted in support of and in opposition to the motion, and the argument of counsel.

      NOW, THEREFORE, it is hereby ORDERED that:

      1.     JPMorgan Chase Bank, N.A.'s Motion is GRANTED pursuant to Fed. R. Civ. P.

56, as made applicable to this proceeding by Fed. R. Bankr. P. 7056, in accordance with the

ORDER DISMISSING CLAIMS AGAINST
JPMORGAN CHASE BANK, N.A. - 1
(Case No. 15-01313)
DWT 28061700v 3903623 000422

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

**Below is the Order of the Court.**

1  Court's oral ruling delivered at the hearing on March 24, 2016. The Court's oral ruling is

2  incorporated by reference in this Order.

3        2.        All claims and causes of action asserted against JPMorgan Chase Bank, N.A. are

4  hereby dismissed with prejudice.

5

6                                      // END OF ORDER //

7  Presented by:

8  Davis Wright Tremaine LLP
   Attorneys for JPMorgan Chase Bank, N.A.

9

10 By ___*/s/ Anthony S. Wisen*_____

11       Hugh McCullough, WSBA #41453
         Anthony S. Wisen, WSBA #39656

12

13 Approved as to Form;
   Notice of Presentation Waived

14

15 Barraza Law, PLLC
   Attorney for Pedro Iraheta

16

17 By ___*/s/ Vicente Omar Barraza*_____

18       Vicente Omar Barraza, WSBA #43589

19

20

21

22

23

24

25

26

27

ORDER DISMISSING CLAIMS AGAINST
JPMORGAN CHASE BANK, N.A. - 2
(Case No. 15-01313)
DWT 28981700v3 0036923-000422

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Barraza Law, PLLC
14245-F Ambaum Blvd SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MARISOL SANCHEZ,

                 Debtor.

PEDRO ENRIQUE IRAHETA,

                Plaintiff,

     v.

MARISOL SANCHEZ; JP MORGAN
CHASE BANK, N.A.; AND EDMUND J.
WOOD, TRUSTEE OF THE
BANKRUPTCY ESTATE OF MARISOL
SANCHEZ,

              Defendants.

NO. 15-13118-TWD

ADVERSARY NO: 15-01313-CMA

**AMENDED**
**NOTICE OF APPEAL AND**
**STATEMENT OF ELECTION**

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):    PEDRO ENRIQUE IRAHETA

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.

☒ Plaintiff
☐ Defendant
☐ Other (describe)

For appeals in a bankruptcy case and not in an adversary proceeding

☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe)

AMENDED
NOTICE OF APPEAL AND STATEMENT OF ELECTION - 1

**Barraza Law, PLLC**
14245-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

**Part 2: Identify the subject of this appeal**

    1.       Describe the judgment, order, or decree appealed from:

    2.       State the date on which the judgment, order, or decree was entered:

| Judgment, Order or Decree | Docket # | Date Entered |
|---|---|---|
| Order of Summary Judgment in Favor of the Trustee | Docket # 73 | March 24, 2016 |

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Pedro Enrique Iraheta, Plaintiff and Counter Defendant

    Attorney:  Vicente O Barraza
               Barraza Law PLLC
               14245F Ambaum Blvd SW
               Burien, WA 98166
               206-933-7861
               Fax : 206-933-7863
               Email: omar@barrazalaw.com

Marisol Sanchez, Defendant

    Attorney:  Christina L Henry
               Henry, DeGraaff & McCormick, PS
               1833 N 105th St, Ste 203
               Seattle, WA 98133
               206-330-0595
               Email: mainline@hdm-legal.com

Edmund J Wood, Trustee, Defendant and Cross-Claimant

    Attorney:  David A Gebben
               Attorney at Law
               1700 7th Ave Ste 2100
               Seattle, WA 98101
               206-357-8456
               Email: david.gebben@gmail.com

AMENDED
NOTICE OF APPEAL AND STATEMENT OF ELECTION - 2

**Barraza Law, PLLC**
14245-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

  If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    ☒   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

  DATED this April 8, 2016.

        BARRAZA LAW, PLLC

        By: */s/ Vicente Omar Barraza*
        Vicente Omar Barraza, WSBA # 43589
        Attorney for Pedro E. Iraheta
        14245F Ambaum Blvd SW
        Burien, WA 98166
        206-933-7861
        Fax : 206-933-7863
        Email: omar@barrazalaw.com

AMENDED
NOTICE OF APPEAL AND STATEMENT OF ELECTION - 3

**Barraza Law, PLLC**
14245-F Ambaum Blvd. SW
Burien, WA 98166
206-933-7861 phone
206-933-7863 fax

24

Case 15-01313-CMA Doc 83-7 Filed 04/08/16 Ent. 04/08/16 13:25:04 Pg 24 of 27
Case 15-01313-CMA Doc 77 Filed 04/08/16 Ent. 04/08/16 13:25:04 Pg 3 of 6

**Below is the Order of the Court.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

THE HONORABLE CHRISTOPHER M. ALSTON

David A. Gebben, Attorney At Law
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 357-8456
Fax (206) 357-8401

Chapter 7
Hearing Location:     700 Stewart Street, Room 7206
                      Seattle, WA 98101
HEARING DATE/TIME: MARCH 24, 2016, 1:30 P.M.
Response Date:        March 17, 2016

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>MARISOL SANCHEZ,<br><br>              Debtor. | NO.   15-13118-CMA |
| PEDRO ENRIQUE IRAHETA,<br><br>              Plaintiff,<br><br>   v.<br><br>MARISOL SANCHEZ, JP MORGAN CHASE BANK, N.A., EDMUND J. WOOD, TRUSTEE OF THE BANKRUPTCY ESTATE OF MARISOL SANCHEZ,<br><br>              Defendants. | ADV. NO.   15-01313-CMA<br><br>ORDER OF SUMMARY JUDGMENT IN FAVOR OF THE TRUSTEE, AS CROSS-CLAIMANT, AND AGAINST PLAINTIFF |

THIS MATTER having come on before this Court for hearing, on 3-24-16 at 1:30 p.m., upon

_Trustee's Motion For Summary Judgment On Trustee's Claim To Avoid Plaintiff's Alleged Interest In_

_Real Property_ dated 2-17-16 (Docket No. 45), as filed by EDMUND J. WOOD, TRUSTEE ("trustee"), a

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                    -1-

DAVID A. GEBBEN,
ATTORNEY AT LAW
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

25

cross-claimant in this adversary case, and upon *Pedro Iraheta's Amended Motion For Partial Summary Judgment Against Defendant Trustee Edmund J. Wood* dated 2-21-16 (Docket No. 54), as filed by PEDRO ENRIQUE IRAHETA ("plaintiff"), the plaintiff in this adversary case, and this Court having reviewed all of the records and files herein relevant to those motions, and this Court having heard the statements and arguments of all parties in appearance before this Court at the time of the hearing on those motions, and this Court having determined that there are no genuine issues of material fact present in this matter, and this Court having issued an oral ruling on those two motions, and other related claim(s), at the conclusion of the hearing that was held on those two motions, on 3-24-16 at 1:30 p.m., and good cause appearing to this Court for entry of the following order in this matter, now therefore it is

ORDERED that this Court's findings and conclusions in this matter, as stated in the record at the time of this Court's oral ruling in this matter, as issued on 3-24-16 at 1:30 p.m., are hereby incorporated into the terms of this Order by reference;

AND IT IS FURTHER ORDERED that *Trustee's Motion For Summary Judgment On Trustee's Claim To Avoid Plaintiff's Alleged Interest In Real Property* dated 2-17-16 (Docket No. 45) is hereby GRANTED by this Court;

AND IT IS FURTHER ORDERED and determined by this Court that the trustee, as a hypothetical bona fide purchaser of the debtor's interest in the real property located at: 20004 Wallingford Ave. N., Shoreline, WA 98133, a/k/a King County Tax Account No. 107810-0020-09 ("the Shoreline property"), at the time of the commencement of the debtor's Chapter 7 case, pursuant to 11 U.S.C. §544(a)(3), may avoid any interest that the plaintiff herein, PEDRO ENRIQUE IRAHETA ("Mr. Iraheta"), may have held in the Shoreline property at the time of the debtor's Chapter 7 filing, as a matter of law, and the Shoreline property is hereby determined by this Court to be an asset of the bankruptcy estate in the above-captioned Chapter 7 case;

AND IT IS FURTHER ORDERED that *Pedro Iraheta's Amended Motion For Partial Summary Judgment Against Defendant Trustee Edmund J. Wood* dated 2-21-16 (Docket No. 54) is hereby DENIED by this Court, and plaintiff's claim for reformation of the *Quit Claim Deed* which was recorded in King

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                                    -2-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

26

**Below is the Order of the Court.**

County on 9-21-09, under recording number 20090921000548, seeking to add the plaintiff as an owner of the Shoreline property, is hereby DENIED by this Court, and plaintiff's claim for a declaratory judgment determining that plaintiff is a co-owner of the real property located at: 20004 Wallingford Ave. N., Shoreline, WA 98133 is also hereby DENIED by this Court.

/// End of Order ///

Presented by:
David A. Gebben, Attorney At Law

_____/S/ David A. Gebben_____
By: David A. Gebben, WSBA #16290
Attorney for trustee

Notice of Presentation Waived by:
Barraza Law, PLLC

_/S/ Vicente Omar Barraza, per email authorization _
By: Vicente Omar Barraza, WSBA #43589
Attorney for plaintiff

ORDER OF SUMMARY JUDGMENT IN FAVOR
OF THE TRUSTEE, AS CROSS-CLAIMANT,
AND AGAINST PLAINTIFF                    -3-

**DAVID A. GEBBEN,**
**ATTORNEY AT LAW**
1700 SEVENTH AVENUE, SUITE 2100
SEATTLE, WA 98101
TELEPHONE: (206) 357-8456
FACSIMILE: (206) 357-8401

27